# SUPREME COURT OF PENNSYLVANIA

145 A.3d 161–169

| | | | |
|---|---|---|---|
| A.M.A., In re; C.A.,<br>In re [1] .......... | 08/03/2016357<br>MAL<br>(2016) | Denied | Pa.Super.,<br>145 A.3d 792 |
| Acero Precision v.<br>Bonelli.......... | 07/19/2016209<br>MAL<br>(2016) | Denied | Pa.Super.,<br>135 A.3d 659 |
| Baker v. Baker ..... | 07/19/2016112<br>WAL<br>(2016) | Denied | Pa.Super.,<br>135 A.3d 666 |
| Borovick v. Wilson [2] | 07/27/2016105<br>WAL<br>(2016) | Denied | Pa.Super.,<br>136 A.3d 1038 |
| Coluccio v. Karp[3]... | 07/19/2016180<br>MAL<br>(2016) | Denied | Pa.Super.,<br>134 A.3d 503 |
| Com. v. Alford [4] .... | 08/03/201618 MAL<br>(2016) | Denied | Pa.Super.,<br>135 A.3d 661 |
| Com. v. Arnold [5] .... | 08/02/2016111<br>MAL<br>(2016) | Denied | Pa.Super.,<br>134 A.3d 495 |

1. Justice MUNDY did not participate in the consideration or decision of this matter.
2. Justice MUNDY did not participate in the consideration or decision of this matter.
3. Justice DONOHUE did not participate in the consideration or decision of this matter.
4. Justice WECHT did not participate in the consideration or decision of this matter.
5. Justice MUNDY did not participate in the consideration or decision of this matter.